

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00516-CR

Moses Eli **AVILA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7607
Honorable Lorina I. Rummel, Judge Presiding

**ORDER**

This appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 3, 2018.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court